AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the District of Massachusetts

Roger Dunn and
Janet Dunn

**SUMMONS IN A CIVIL CASE**

V.

Matthew Whitcomb, Diane Campbell,
Robert Campbell, and Matthew
Campbell

CASE NUMBER:

# 03 12588DPW

TO: (Name and address of Defendant)

Diane Campbell
128 Governor Bradford Road
Brewster, MA  02631

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert A. Shaines, Esq., BBO#453700
Shaines & McEachern, P.A.
25 Maplewood Avenue
PO Box 360
Portsmouth, NH 03802-0360
603-436-3110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

12-22-03

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Barnstable County Sheriff's Office**

I hereby certify and return that on **January 6, 2004, at 1:55pm** I delivered a true an attested copy of Summons & Complaint, In-hand to **Matthew Campbell ( he accepted service for Robert Campbell & Diane Campbell )** at 128 Governor Bradford Road Brewster, MA. 02631.
Fee: $25.00

*Ron Chevalier* Deputy Sheriff
PO Box 1244, Centerville, MA  02632

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date              Signature of Server

                              _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.