THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JAN 29 P 3: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Roger Dunn and Janet Dunn       \*
      \*
      Plaintiffs,       \*
      \*
v.       \*
      \*
Matthew Whitcomb, Diane Campbell,       \*       No. 03-12588-DPW
Robert Campbell and Matthew Campbell       \*
      \*
      Defendants,       \*
      \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ASSENTED TO MOTION OF THE DEFENDANTS, MATTHEW WHITCOMB, DIANE CAMPBELL, ROBERT CAMPBELL AND MATTHEW CAMPBELL, TO ENLARGE THE TIME FOR FILING AN ANSWER TO THE COMPLAINT AN ADDITIONAL THIRTY (30) DAYS

NOW COME, the defendants, Matthew Whitcomb, Diane Campbell, Robert Campbell and Matthew Campbell in the above entitled action, by and through their attorneys, Desmarais, Ewing and Johnston, PLLC and hereby move for an enlargement of time to file an Answer to the plaintiff's Complaint an additional thirty (30) days.

As grounds in support of the instant Motion, the defendants state as follows;

1.      On or about January 15, 2001, the plaintiffs and defendants were involved in a motor vehicle collision located in Stowe, Vermont.

2.      On or about December 16, 2003, plaintiffs filed the instant action against the defendants sounding in negligence and negligent entrustment. Plaintiff, Roger Dunn, seeks monetary compensation for property damages as well as bodily injury sustained as a result of the aforesaid motor vehicle accident. The plaintiff, Janet Dunn, seeks monetary compensation for loss of consortium.

3.    The defendants were served with the plaintiffs' Summons and Complaint on or about January 6, 2004. Accordingly, an answer to the plaintiff's Complaint was due on or before January 26, 2004.

4.    Undersigned was not advised that defendants had been served on January 6, 2004 until January 23, 2004. Accordingly, counsel on behalf of defendants needs additional time to file an answer to the plaintiff's Complaint.

5.    The plaintiffs' assent to the relief requested in the instant motion.

WHEREFORE, for the foregoing reasons, the defendants, Matthew Whitcomb, Diane Campbell, Robert Campbell and Matthew Campbell, hereby respectfully requests that this Honorable Court;

A    Grant their Motion to Enlarge the Time for Filing an Answer to the Plaintiff's Complaint an Additional Thirty (30) Days; and

B.    Grant any such other relief that is just and fair.

DATE:    1 2) (4

Respectfully submitted,

The defendants,

Matthew Whitcomb,
Diane Campbell, Robert Campbell
and Matthew Campbell

By their counsel,

DESMARAIS, EWING &
JOHNSTON, PLLC

By: _____
Brett J. Harpster BBO# 629146
175 Canal Street
Manchester, NH 03101
(603) 623-5524

## CERTIFICATE OF SERVICE

I hereby certify that this Motion has been forward this ___ day of January, 2004 to Robert A. Shaines, Esquire, plaintiffs' attorney.

Brett J. Harpster