AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the   District of   Massachusetts

Roger Dunn and
Janet Dunn

    V.

Matthew Whitcomb, Diane Campbell,
Robert Campbell, and Matthew
Campbell

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 03 12588 DPW

TO: (Name and address of Defendant)

    Matthew Whitcomb
    18 Ruggles Road
    Orleans, MA   02653

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Robert A. Shaines, Esq., BBO#453100
    Shaines & McEachern, P.A.
    25 Maplewood Avenue
    PO Box 360
    Portsmouth, NH 03802-0360
    603-436-3110

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS                                    12/22/03

_____
CLERK                                           DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE



**Barnstable County Sheriff's Office**

I hereby certify and return that on **January 8, 2004 at 11:10am** I delivered a true and attested copy of Summons & Complaint by leaving it for the within named **Matthew Whitcomb** at the last and usual place of abode 18 Ruggles Road Orleans, MA 02653., and a copy by 1st class mail to the same address.

Fee: $49.30

Ron Chevalier, Deputy Sheriff
PO Box 1244, Centerville, MA 02632

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                    *Signature of Server*

                                         _____
                                         *Address of Server*

SCANNED
DATE: 1-21-04
BY: M

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.