THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
****************************
Roger Dunn and Janet Dunn      *
                               *
            Plaintiffs,        *
                               *
v.                             *
                               *     No. 03-12588-DPW
Matthew Whitcomb, Diane Campbell, *
Robert Campbell and Matthew Campbell *
                               *
            Defendants,        *
                               *
****************************
```

## STIPULATION OF DISMISSAL

NOW COME the parties to the above-entitled action, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that the matter be dismissed with prejudice, no attorneys' fees, no costs for either side, all appeals waived, notice waived.

Respectfully submitted,
The plaintiffs,
Roger and Janet Dunn,
By their counsel,

_____
Robert A. Shaines, BBO#453100
P.O. Box 360
Portsmouth, NH 03802
(603) 436-3110

Date: 3/7/04

Respectfully submitted,
The defendants,
Matthew Whitcomb, Diane Campbell,
Robert Campbell and Matthew Campbell
By their counsel,

_____
Brett J. Harpster, BBO#629146
175 Canal Street
Manchester, NH 03101
(603) 623-5524

Date: 3/11/04